UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDWARD HIGGINBOTHAM,

   Plaintiff,

v.                                                      CASE NO.:  3:17-cv-00977-TJC-JBT

NAVY FEDERAL CREDIT UNION,

   Defendant.
_____/

**NOTICE OF SETTLEMENT**

      Plaintiff, Edward Higginbotham, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, Edward Higginbotham, and Defendant, Navy Federal Credit Union, have reached a settlement with regard to this case, and are presently drafting, finalizing, and formalizing such. Upon execution of the same and certain terms of the agreement, the parties will file the appropriate dismissal documents to dismiss this matter with prejudice.

      */s/ Jared M. Lee*
      Jared M. Lee, Esquire
      Florida Bar No.:  0052284
      Morgan & Morgan, Tampa, P.A.
      20 N. Orange Avenue, Suite 1600
      Orlando, FL 32801
      Tele:  (407) 420-1414
      Fax:  (407) 245-3485
      JLee@ ForThePeople.com
      MHoilett@ForThePeople.com
      *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY on December 5, 2017, I electronically filed the foregoing document with the United States District Court, Middle District of Florida, Jacksonville Division by using the CM/ECF system. I certify the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Corey Lee, Esquire
HUNTON&WILLIAMS
Sabadell Financial Center
1111 Brickell Ave., Suite 2500
Miamia, Florida 33131
Tele: 305-536-2749
Leec@hunton.com
*Counsel for Defendant*

/s/ *Jared M. Lee*
Jared M. Lee, Esquire