# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

EDWARD HIGGINBOTHAM,

     Plaintiff,

v.                             Case No.  3:17-cv-977-J-32JBT

NAVY FEDERAL CREDIT
UNION,

     Defendant.

_____

# O R D E R

     Upon review of Joint Stipulation of Dismissal With Prejudice (Doc. 14), filed on January 11, 2018, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

     **DONE AND ORDERED** in Jacksonville, Florida this 11th day of January, 2018.

                               TIMOTHY J. CORRIGAN
                               United States District Judge

sj
Copies:

Counsel of record